USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

NEIL F. KEENAN, *individually and as agent for the*
*Dragon family, citizens of foreign states,*

                                  Plaintiff,

                          -v-

DANIELE DAL BOSCO, et al.,

                                  Defendants.

------------------------------------------------------------------X

                   11 Civ. 8500 (JMF)

                   NOTICE OF INITIAL
               PRETRIAL CONFERENCE

JESSE M. FURMAN, District Judge:

       Plaintiff Neil F. Keenan brings this action seeking monetary and equitable relief against Defendants.  Plaintiff filed his Complaint on November 23, 2011.  Service of process has not been effectuated upon any of the Defendants.  On January 25, 2012, Christopher Earl Strunk filed a motion to intervene as a plaintiff in this matter.  By letter dated May 11, 2012, Plaintiff Keenan indicated to the Court that he intends to oppose this motion.

       It is hereby ORDERED that counsel for all parties and proposed intervenor Strunk appear for an initial pretrial conference with the Court on **May 30, 2012** at **3:30 p.m.** in **Courtroom 26A** of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York.  All counsel are required to register promptly as filing users on ECF.  **All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.**

       SO ORDERED.

Dated: May 15, 2012
       New York, New York

                                     JESSE M. FURMAN
                                 United States District Judge

Notice Mailed To:

Christopher Earl Strunk
593 Vanderbilt Avenue #281
Brooklyn, NY 11238