UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NEIL F. KEENAN, *individually and as agent for the Dragon family, citizens of foreign states*,

                Plaintiff,

    -v-

DANIELE DAL BOSCO, et al.,

                Defendants.
------------------------------------------------------------------X

11 Civ. 8500 (JMF)

<u>ORDER</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/31/12

JESSE M. FURMAN, District Judge:

For the reasons stated on the record at a conference held before the Court yesterday, it is hereby ORDERED that the Complaint in this case be and hereby is dismissed without prejudice as to Defendants Ban Ki-Moon; Ambassador Cesare Maria Ragaglini; World Economic Forum U.S.A., Inc.; and Giancarlo Bruno pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that Plaintiff must serve the remaining Defendants within **90 days** of this Order. If Plaintiff does not serve the remaining Defendants within that time or show good cause why such service was not made, the Court will dismiss the case as to these Defendants for failure to prosecute. Within **45 days** of this Order, Plaintiff must submit a letter to the Court, in accordance with the Court's Individual Rules and Practices for Civil Cases, apprising the Court of the efforts that Plaintiff has taken to effect service on the remaining Defendants.

IT IS FURTHER ORDERED that Plaintiff file and serve a memorandum of law, not to exceed 20 pages in length, in opposition to Proposed Intervenor Strunk's pending motion to intervene no later than **June 29, 2012**. Proposed Intervenor Strunk's reply, if any, is due no later

than **July 27, 2012**, and may not exceed 20 pages in length as well.

IT IS FURTHER ORDERED that Plaintiff file a memorandum of law, not to exceed 25 pages in length, no later than **June 29, 2012**, addressing the basis for this Court's subject matter jurisdiction, both generally and with respect to the United Nations (absent a waiver of immunity).

Finally, IT IS ORDERED that counsel for all parties appear for a conference with the Court on **September 4, 2012,** at **3:00 pm** in Courtroom 26A of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York.  Proposed Intervenor Strunk need not appear unless his motion to intervene has been granted by this Court.

SO ORDERED.

Dated: May 31, 2012
New York, New York

                                            JESSE M. FURMAN
                                            United States District Judge