William H. Mulligan, Jr. (WM 2945)
BLEAKLEY PLATT & SCHMIDT LLP
One North Lexington Avenue
White Plains, New York 10601
(914) 949-2700  Tel.
(914) 683-5956  Fax
wmulligan@bpslaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NEIL F. KEENAN, Individually and as Agent for
THE DRAGON FAMILY, citizens of foreign states,

                Plaintiff,

      -*against*-

DANIELE DAL BOSCO, a citizen of a foreign state,
THE OFFICE OF INTERNATIONAL TREASURY
CONTROL, a foreign corporation ("OITC"), RAY C.
DAM ("DAM"), individually, and as President of OITC,
DAVID A. SALE ("SALE"), individually, and as Deputy
Chief of the Council for the Cabinet of OITC, the UNITED
NATIONS, BAN KI-moon, individually, and as Secretary
General of the UN, H.E. Ambassador CESARE MARIA
RAGAGLINI, Individually, and as Permanent
Representative of the Italian Mission to the UN in New
York, H.E. Ambassador LAURA MIRACHIAN,
Individually, and as Permanent Representative of the Italian
Mission to the UN in Geneva, the ITALIAN REPUBLIC,
the ITALIAN FINANCIAL POLICE, Former Prime
Minister of Italy, SILVIO BERLUSCONI, THE WORLD
ECONOMIC FORUM ("WEF") a foreign corporation,
WORLD ECONOMIC FORUM U.S.A., INC.,
GIANCARLO BRUNO, individually, and as Head of the
Banking Industry of WEF, and various unknown individual
co-conspirators, JOHN DOES A-Z,

                Defendants.
-----------------------------------------------------------------X

**Index No. 11 Civ. 8500 (JMF)**

**NOTICE OF DISMISSAL**

**ECF CASE**

TAKE NOTICE that Neil F. Keenan, plaintiff, dismisses this action without prejudice pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated:  White Plains, New York
       June 27, 2012

                              BLEAKLEY PLATT & SCHMIDT, LLP

By: _____
William H. Mulligan, Jr. (WM 2945)
*Attorneys for Plaintiff*
One North Lexington Avenue
White Plains, New York 10601
Tel. No. (914) 949-2700
Fax No. (914) 683-6956
www.bpslaw.com