D&F 

# BLEAKLEY PLATT

BLEAKLEY PLATT & SCHMIDT, LLP

WILLIAM H. MULLIGAN, JR.
NEW YORK      CONNECTICUT
914.287.6131
WMULLIGAN@BPSLAW.COM

ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601
914.949.2700
FAX: 914.683.6956
BPSLAW.COM

June 27, 2012

*Via E-mail*

Hon. Jesse M. Furman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/12
```

      Re:    *Keenan v. Dal Bosco, et al.*
                11 Civ 8500

Dear Judge Furman:

      As you know, we represent the plaintiff, Neil F. Keenan, in this matter. For your information, I attach a courtesy copy of Plaintiff's Notice of Voluntary Dismissal pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, which will be filed electronically with the Court today. I believe this filing effectively moots the Court's outstanding Orders issued in open Court on May 30, 2012, which called for the submission of the following by June 29, 2012.

1. Plaintiff's Memorandum of Law pertaining to assertion of subject matter jurisdiction, i.e., the Foreign Sovereign Immunities Act and federal common law, as well as the issue of subject matter jurisdiction with respect to the defendant United Nations in the absence of a waiver of immunity.

2. Plaintiff's response to Motion of Proposed Intervenor Christopher-Earl Strunk.

      Thank you very much.

                                    Respectfully,

                                    William Hughes Mulligan, Jr.

cc:    Christopher Earl Strunk *(via e-mail)*